**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case Number:** 15-56698 CKP | **Trustee:** | Larry J. McClatchey |
| **Case Name:** Herley Harris | **Filed (f) or Converted (c):** | 10/19/15 (f) |
| Patsy Harris | **§341(a) Meeting Date:** | 11/24/15 |
| **Period Ending:** 12/15/15 | **Claims Bar Date:** | |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 5950 Banzoli Way, Galloway, Ohio 43119 | 139,800.00 | 0.00 | | 0.00 | FA |
| 2 | 710 Koebel Avenue, Columbus, Ohio (Rental) condemened house | 25,000.00 | 34,177.27 | | 0.00 | 47,100.00 |
| 3 | Chase | 22.00 | 0.00 | | 0.00 | FA |
| 4 | Huntington | 410.00 | 0.00 | | 0.00 | FA |
| 5 | Fifth Third | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 7,000.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 8 | Term life insurance with Starmont | 0.00 | 0.00 | | 0.00 | FA |
| 9 | H-B Harris Tool, LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2007 Ford Edge, 108,000 miles | 6,950.00 | 0.00 | | 0.00 | FA |
| 11 | 2002 Toyota Avalon, 206,000 miles | 3,250.00 | 0.00 | | 0.00 | FA |
| 12 | Tools (Ban Saw, Mitre Saw and Table Saw) | 300.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$184,282.00** | **$34,177.27** | | **$0.00** | **$47,100.00** |

**Major activities affecting case closing:**
REPORT NO. 1: Trustee is investigating the equity in real property.

**Initial Projected Date of Final Report (TFR):** December 31, 2016    **Current Projected Date of Final Report (TFR):** December 31, 2016

| | |
|---|---|
|     December 15, 2015     | /s/ Larry J. McClatchey |
| Date | Larry J. McClatchey |